United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 05-60974
Summary Calendar

SYED ABID ALI,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

-------------------------------------------------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A96 417 890
-------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Syed Abid Ali petitions for review of the decision of the Board of Immigration Appeals (BIA).

The BIA affirmed without opinion the immigration judge's ("IJ") order of removal. For the reasons

that follow, the petition for review is denied.

Ali challenges the denial of his motion for a continuance. The IJ determined that Ali's wife's

pending application for labor certification did not constitute good cause to continue the removal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

proceedings. This determination was not an abuse of discretion. *See Ahmed v. Gonzales*, 447 F.3d 433, 438-39 (5th Cir. 2006).

There is no merit to Ali's challenge to the constitutionality of the National Security Entry-Exit Registration System. *See id.* at 440; *Ali v. Gonzales*, 440 F.3d 678, 681 n.4 (5th Cir. 2006); 8 U.S.C. §§ 1303, 1305; *see also* Registration of Certain Nonimmigrant Aliens from Designated Countries, 67 Fed. Reg. 77,642 (Dec. 18, 2002).

PETITION FOR REVIEW DENIED.